**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**CIVIL RIGHTS COMPLAINT**

MAY 4 2022 PM12:11
FILED-USDC-CT-HARTFORD

**Konstantinos Zografidis**

Plaintiff.

v.

Case No. 3:22cv631 (AVC)

(To be supplied
by the court)

**AUSA, Vanessa Richards: AUSA, Michael E. Runowicz: AUSA, Sarah P. Karwan: USA, Deirdre M. Daly: Deputy Ass. Attorney General-Criminal Division, Kenneth A. Blanco: AUSA, Sandra S. Glover: AUSA, Patrick Doherty: AUSA, Peter D. Markle: AUSA, John B. Hughes: AUSA, William Nardini: USA, John H. Durham: TFO, Dominick Cisero: Det. Terrance Blake: SGT, Perez: Det. Edwards: Ofc. Mark Suda: RAC, Kaczynski: TFO, Roscoe: TFO, Walsh: TFO, Lofton: SA, Rodney George: NPD Lt. Matera: Ofc, Anthony DePanfilis: SA, McHugh: TFO, Martinez: Ofc. Sixto: GS, Dinnan: Atty. Paul Thomas: Atty. Frank O'Reilly: Atty. Elliot R. Warren: 'CW-2' a.k.a. Atty. Joseph Dimyan: Joseph Gega: Christos Papachristou: Statewide Grievance Committee: Danbury Grievance Panel: 'CW-1' a.k.a. Ted Lee: Chris Anderson: CI, David 'Bobby' Solano: U.S. Attorney's Office of Bridgeport CT: Norwalk Police Department: Westport Police Department: High Intensity Narcotics Task Force of Bridgeport RO-DEA.**

Defendants.

**A. PARTIES**

1. **Konstantinos Zografidis** is a citizen of **Connecticut** who

   (Plaintiff)   (State)

presently resides at **39 Seaview Avenue, Norwalk, CT 06855**

   (mailing address)

## A. PARTIES

2. Defendant **AUSA, Vanessa Richards**_____ is a citizen of **Connecticut**_____

(name of first defendant)                                                        (State)

whose address is **1000 Lafayette Blvd., 10th floor, Bridgeport, CT 06604**_____

and who is employed as **U.S. Attorney, District of Connecticut**_____

(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was the defendant acting under

color of state law? **_x_** Yes __ No. If you answer is "YES", briefly explain:

**In the year of 2012, AUSA, Vanessa Richards indicted me and convicted me under a false criminal**

**conspiracy collusion with D. Papadakos, under fabricated evidence, hypothetical and unrealistic drug**

**amounts, and produced witnesses who perjured themselves, while under oath, against me. See U.S.**

**District court of CT, Civil case #: 15-gp-00005(JBA)*SEALED*, Zografidis v. Richards.**


3.  Defendant **AUSA, Michael E. Runowicz**_____ is a citizen of **Connecticut**_____

(name of 2nd defendant)                                                      (State)

whose address is **157 Church Street, New Haven, CT 06510**_____

and who is employed as **U.S. Attorney, District of Connecticut**_____

(title and place of employment)

At the time the claim(s) alleged in this complin arose, was the defendant acting under

color of State law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**AUSA, Michael E. Runowicz was assisting AUSA, Vanessa Richards in criminal case # 12-cr-117(WWE).**

**They both used corrupt and unconstitutional methods to investigate me, arrest me, search me, enter**

**into my apartment, indict me, and sentence me to prison.**


4. Defendant **AUSA, Sarah P. Karwan**_____ is a citizen of **Connecticut**_____

(name of 3rd  defendant)                                                     (State)

whose address is **157 Church Street, New Haven, CT 06510**_____

**A. PARTIES**

and who is employed as **U.S. Attorney, District of Connecticut** _____

(title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of state law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**AUSA, Sarah P. Karwan signed and executed a FRAUDULENT affidavit against me: "Amended**

**Application for the Interception of Wire and Electronic Communications Occurring over the Target**

**Telephone", dated on Feb. 08, 2012.**


5. Defendant **USA, Deirdre M. Daly** _____ is a citizen of **Connecticut** _____

(name of 4TH defendant)                                          (State)

whose address is **6 Landmark Square, Stamford CT 06901** _____

and who is employed as **Partner in Law Firm, Finn Dixon & Herling** _____

(title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**USA, Deirdre M. Daly was the leading head prosecutor of the U.S. District court, Bridgeport CT who**

**ran a corrupt office with regards to my criminal case No. 12-cr-117(WWE). She committed 'Fraud on**

**the court' in document # 1245 of my criminal case by claiming; "wire-taps were valid, constitutional".**


6. Defendant **Deputy Ass. Att. General, Kenneth A. Blango** _____ is a citizen of **Washington, DC** _____

(name of 5th defendant)                                          (State)

whose address is **U.S. Department of Justice, Washington DC 20530** _____

and who is employed as **Deputy Assistant Attorney General-Criminal Division** _____

(title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of state law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**Dep. Ass. General, Kenneth A. Blanco signed and executed a FRAUDULENT affidavit against me:**

**"Authorization for Interception Order Application", dated on February 03, 2012.**

## A. PARTIES

7. Defendant **AUSA, Sandra S. Glover** _____ is a citizen of **Connecticut** _____

           (name of 6th defendant)                          (State)

whose address is **157 Church Street, New Haven, CT 06510** _____

and who is employed as **U.S. Attorney, District of Connecticut** _____

                     (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under color of state law? __x__ Yes ___ No. If your answer is "Yes", briefly Explain:

**AUSA, Sandra S. Glover 'aided and abetted', sponsored, supported, and defended the corruption and constitutional violations of our Law Enforcement, and of the U.S. Attorney's office of Bridgeport, CT. See Case No. 18-cv-1566(JAM) in the U.S. District of Connecticut, and Case No. 21-1681 in the U.S. 2nd Circuit Court of Appeals, en banc.**

8. Defendant **AUSA, Patrick Doherty** _____ is a citizen of **Connecticut** _____

           (name of 7th defendant)                          (State)

whose address is **157 Church Street, New Haven, CT 06510** _____

and who is employed as **U.S. Attorney, District of Connecticut** _____

                     (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? __x__ Yes ___ No. If your answer is "Yes", briefly explain:

**AUSA, Patrick Doherty was assisting AUSA, Sandra S. Glover to defend her, by sponsoring and covering-up the government's constitutional violations, and to justify the illegal and unlawful methods they used to investigate me, arrest me, indict me, and to sentence me to prison.**

9. Defendant **AUSA, Peter D. Markle** _____ is a citizen of **Connecticut** _____

           (name of 8th defendant)                          (State)

whose address is **157 Church Street, New Haven CT 06510** _____

and who is employed as **U.S. Attorney, District of Connecticut** _____

                     (title and place of employment)

## A. PARTIES

At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? __x__ Yes ___ No. If your answer is "Yes", briefly explain:

**AUSA, Peter D. Markle was assisting AUSA, Sandra S. Glover to defend her, by sponsoring and covering-up the government's constitutional violations, and to justify the illegal and unlawful methods they used to investigate me, arrest me, indict me, and to sentence me to prison.**

10. Defendant **AUSA, John B. Hughes** _____ is a citizen of **Connecticut** _____

          (name of 9th defendant)                              (State)

whose address is **157 Church Street, New Haven CT 06510** _____

and who is employed as **U.S. Attorney, District of Connecticut** _____

                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was the defendant acting under color of law? __x__ Yes ___ No. If your answer is "Yes", briefly explain:

**AUSA, John B. Hughes was assisting AUSA, Sandra S. Glover to defend her, by sponsoring and covering-up the government's constitutional violations, and to justify the illegal and unlawful methods they used to investigate me, indict me, arrest me, and sentence me to prison.**

11. Defendant **AUSA, William J. Nardini** _____ is a citizen of **Connecticut** _____

          (name of 10th defendant)                             (State)

whose address is **40 Foley Square, U.S. Courthouse, NY, NY 10007** _____

and who is employed as **Appellate Judge, 2nd Circuit court of Appeals** _____

                        (title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? __x__ Yes ___ No. If your answer is "Yes", briefly explain:

**AUSA, William J. Nardini was assisting AUSA, Sandra S. Glover to defend her, by sponsoring and covering-up the government's constitutional violations, and to justify the illegal and unlawful methods they used to investigate me, arrest me, indict me, and sentence me to prison.**

## A. PARTIES

12. Defendant **USA, John H. Durham**_____ is a citizen of **Connecticut**_____

               (name of 11th defendant)                           (State)

whose address is **157 Church Street, New Haven CT 06510**_____

and who is employed as **U.S. Attorney, District of Connecticut**_____

                 (title and placement of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_**Yes ____ No. If your answer is "Yes", briefly explain:

**USA, John Durham was assisting AUSA, Sandra S. Glover to defend her, by sponsoring and covering-up the government's constitutional violations, and to justify the illegal and unlawful methods they used to investigate me, arrest me, indict me, and sentence me to prison.**


13. Defendant **TFO, Dominick Cisero**_____ is a citizen of **Connecticut**_____

               (name of 12th defendant)                           (State)

whose address is **1 Monroe Street, Norwalk CT 06854**_____

and who is employed as **Detective, Norwalk Police Department**_____

                 (title and placement of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_**Yes ____ No. If your answer is "Yes", briefly explain:

**TFO, Cisero drafted a total fraudulent affidavit on February 07 & 08, 2012 seeking the warrant to wire-tap "TT1". He also fabricated four (4) different alleged drug buys against myself and 'CW-3' as he falsely claimed in his sworn affidavit(s), and in his DEA-6 Police Reports. Cisero was personally responsible for intercepting and recording unwarranted and non-consensual phone-to-phone, and person-to-person conversations between myself and 'CW-3'. A clear 4th Amendment constitutional violation. He also signed and executed a fraudulent police report on May 09, 2012 with regards to the events of my arrest, and the search and seizure into my parent's residency on 39 Seaview Avenue, Norwalk CT. Cisero also produced to the Northeast Laboratory's in NY drug quantities that tested positive for cocaine that were not mine, nor Demetrios Karipidis a.k.a. "CW-3", nor John Yerinidis.**

**A. PARTIES**

14. Defendant **Detective, Terrance Blake** _____ is a citizen of **Connecticut** _____

                (name of 13th defendant)                             (State)

whose address is **1 Monroe Street, Norwalk CT 06854** _____

and who is employed as **Police Lieutenant, Norwalk Police Department** _____

                (title and placement of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**On June 18, 2014, Det. Blake perjured himself with an ill-intent, while under oath, during his cross-examination in the U.S. District court on each and every fact in regards to the true events during my arrest date. He lied that it was HE and Det. Cisero who drove me home after my arrest. It was most definitely ofc. Reinhart and another police officer (possibly ofc. Sixto) in uniform who drove me home. I never gave consent to anyone to take me home, and never spoke a word to anyone while I was driven home. Det. Blake tricked me into signing a waiver of my attorney rights. He denied me to speak with an attorney while questioned at home on two or three different times. He threatened me with deportation and that he will destroy my parent's home until they find drugs, if I do not show him where I stash them. He also assisted in the fraudulent, delusive, and fabricated October 27, 2011 alleged drug buy, against myself and "CW-3", as falsely claimed in TFO Cisero's DEA-6 Police Report.**

15. Defendant **SGT. Perez** _____ is a citizen of **Connecticut** _____

                (name of 14th defendant)                          (State)

whose address is **1 Monroe Street, Norwalk CT 06854** _____

and who is employed as **Police Sergeant, Norwalk Police Department** _____

                (title and placement of employment)

    At the time the claim(s) alleged in this complaint arose, was the defendant acting under

color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**On October 27, 2011; and January 26, 2012, Sgt. Perez assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buys against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Reports.**

## A. PARTIES

16. Defendant **Detective Edwards**_____ is a citizen of **Connecticut**_____

             (name of 15th defendant)                     (State)

whose address is **1 Monroe Street, Norwalk CT 06854**_____

and who is employed as **Detective, Norwalk Police Department**_____

                    (title and place of employment)

   At the time the claim(s) alleged in this complain arose, was the defendant acting under color of Law? **_x_** Yes ____ No. If your answer is "Yes", briefly explain:

**On October 27, 2011 Det. Edwards assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buy against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-Police Report.**

17. Defendant **Ofc. Mark Suda**_____ is a citizen of **Connecticut**_____

             (name of 16th defendant)                     (State)

whose address is **1 Monroe Street, Norwalk CT 06854**_____

and who is employed as **Police officer, Norwalk Police Department**_____

                    (title and place of employment)

   At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? **_x_** Yes ____ No. If your answer is "Yes", briefly explain:

**On October 27, 2011; November 03, 2011; January 03, 2012; January 26, 2012, Ofc. Mark Suda assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buys against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Reports.**

18. Defendant **RAC Kaczynski**_____ is a citizen of **Connecticut**_____

             (name of 17th defendant)                     (State)

whose address is **1000 Lafayette Cir., Bridgeport CT 06604**_____

and who is employed as **Task Force Officer, DEA-Bridgeport Resident Office**_____

                    (title and place of employment)

**A. PARTIES**

At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**On November 03, 2011; January 03, 2012, RAC Kaczynski assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buys against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Reports.**

19. Defendant **TFO Roscoe** is a citizen of **Connecticut**

        (name of 18th defendant)         (State)

whose address is **1000 Lafayette Cir., Bridgeport CT 06604**

and who is employed as **Task Force Officer, DEA-Bridgeport Resident Office**

        (title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**On November 03, 2011, TFO Roscoe assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buy against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Report.**

20. Defendant **TFO Walsh** is a citizen of **Connecticut**

        (name of 19th defendant)         (State)

whose address is **1000 Lafayette Cir., Bridgeport CT 06604**

and who is employed as **Task Force Officer, DEA-Bridgeport Resident Office**

        (title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**On November 03, 2011, TFO Walsh assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buy against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Report.**

## A. PARTIES

21. Defendant **TFO Lofton**_____ is a citizen of **Connecticut**_____

                    (name of 20th defendant)                  (State)

whose address is **1000 Lafayette Cir., Bridgeport CT 06604**_____

and who is employed as **Task Force Officer, DEA-Bridgeport Resident Office**_____

                    (title and place of employment)

    At the time the claim(s) alleged in this complaint arose, was the defendant acting under

color of law? _**x**_ Yes ___ No. If your answer is "Yes", briefly explain:

**On November 03, 2011, TFO Lofton assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buy against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Report.**

22. Defendant **SA Rodney George**_____ is a citizen of **Connecticut**_____

                    (name of 21st defendant)                  (State)

whose address is **1000 Lafayette Cir., Bridgeport CT 06604**_____

and who is employed as **Task Force Officer, DEA-Bridgeport Resident Office**_____

                    (title and place of employment)

    At the time the claim(s) alleged in this complaint arose, was the defendant acting under

color of law? _**x**_ Yes ___ No. If your answer is "Yes", briefly explain:

**SA George signed and executed a fraudulent search warrant into 39 Seaview Avenue, Norwalk CT on May 09, 2012. He also signed and executed a fraudulent "Affidavit in support of Application for criminal complains, search warrants and seizure warrants", dated on May 09, 2012. Also, SA George perjured himself with an ill-intent, while under oath, during the Plaintiff's 'Fatico' hearing with regards to my alleged criminal participation with Demetrios Papadakos. He lied about minimization. He lied that all calls on TT1 & TT2 were pertinent. He lied that I produced 2,000 15 mg of oxycodone to D. Papadakos on February 20, 2012. He lied that he seen me in New York City picking-up drugs from George Tkaczyk, Jr. and then delivering them to D. Papadakos. SA George was also a participant in the fabricated, non-existent drug buys against myself and "CW-3" on January 03, 2012; January 26, 2012, as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Reports.**

**A. PARTIES**

23. Defendant **NPD Lt. Matera**_____ is a citizen of **Connecticut**_____

                 (name of 22nd defendant)                         (State)

whose address is **1 Monroe Street, Norwalk CT 06854**_____

and who is employed as **Police Lieutenant, Norwalk Police Department**_____

                 (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**On November 03, 2011; January 03, 2012; Lt. Matera assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buys against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Reports.**

24. Defendant **Ofc. Anthony DePanfilis**_____ is a citizen of **Connecticut**_____

                 (name of 23rd defendant)                       (State)

whose address is **1 Monroe Street, Norwalk, CT 06854**_____

and who is employed as **Police officer, Norwalk Police Department**_____

                 (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**On November 03, 2011; January 03, 2012; January 26, 2012 Ofc. DePanfilis assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buys against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit, and DEA-6 Police Report.**

25. Defendant **SA McHugh**_____ is a citizen of **Connecticut**_____

                 (name of 24th defendant)                       (State)

whose address is **1000 Lafayette Cir., Bridgeport CT 06604**_____

and who is employed as **Task Force Officer, DEA-Bridgeport Resident Office**_____

                 (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

## A. PARTIES

color of law? __x__ Yes ____ No. If your answer is "Yes", briefly explain:

**On January 03, 2012; January 26, 2012 SA McHugh assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buys against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Reports.**

26. Defendant **TFO, Martinez** _____ is a citizen of **Connecticut** _____

                  (name of 25th defendant)                           (State)

whose address is **1000 Lafayette Cir., Bridgeport CT 06604** _____

and who is employed as **Task Force Officer, DEA-Bridgeport Resident Office** _____

                  (title and place of employment)

    At the time the claim(s) alleged in this complaint arose, was the defendant acting under color of law? __x__ Yes ____ No. If your answer is "YES", briefly explain:

**On January 03, 2012 TFO Martinez assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buy against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Reports.**

27. Defendant **Ofc. Sixto** _____ is a citizen of **Connecticut** _____

                  (name of 26th defendant)                           (State)

whose address is **1 Monroe Street, Norwalk CT 06854** _____

and who is employed as **Police officer, Norwalk Police Department** _____

                  (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? __x__ Yes ____ No. If your answer is "Yes", briefly explain:

**On January 03, 2012; January 26, 2012 Ofc. Sixto assisted and participated in the fabricated, delusive, and with misleading information to the truth of the alleged drug buys against myself and "CW-3", as falsely claimed in TFO Cisero's sworn affidavit(s), and DEA-6 Police Reports.**

## A. PARTIES

28. Defendant **GS, Dinnan**_____ is a citizen of **Connecticut**_____

              (name of 27th defendant)                          (State)

whose address is **725 Bedford Street, Stamford CT 06901**_____

and who is employed as **Fleet Supervisor, Stamford Police Department**_____

                         (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law?  **x**  Yes ____ No. If your answer is "Yes", briefly explain:

**On January 26, 2012 GS Dinnan assisted and participated in the fabricated, delusive, and with**

**misleading information to the truth of the alleged drug buy against myself and "CW-3", as falsely**

**claimed in TFO Cisero's sworn affidavit, and DEA-6 Police Reports.**


29. Defendant **Attorney, Paul Thomas**_____ is a citizen of **Connecticut**_____

              (name of 28th defendant)                          (State)

whose address is **67 Trumbull Street, New Haven CT 06510**_____

and who is employed as **Attorney, Duffy Law LLC**_____

                         (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law?  **x**  Yes ____ No. If your answer is "Yes", briefly explain:

**Attorney, Thomas was my 1st court appointed counselor in my federal criminal case# 12-cr-117(WWE).**

**Attorney Thomas was in collusion with the government by assisting them to coerce me to proffer on**

**four (4) different occasions. He placed fear and despair in me by first telling me, "They want you talk";**

**"They got enough on you to bury you"; "I can't show you your discovery". He was in the same meeting**

**a week before my coerced proffers with 2 agents and AUSA, Vanessa Richards, when she walked in**

**the conference room and started threatening me with 10 years mandatory prison and without a drug**

**program, if I did not cooperate with the government. Atty. Thomas stayed quite without saying a**

**word about the threat I received by a U.S. Attorney. Then after, when I wanted to pull-out after the**

**2nd proffer, he told me, "You don't want to piss-off Vanessa Richards". Finally, he showed his**

**corruptive nature when he told me that Vanessa Richards wanted to know about certain 'blue**

## A. PARTIES

pills' yourself and Alfred Catino were discussing over the phone in January of 2012. Reminder, that particular phone conversation occurred one month prior the warrant issued on February 09, 2012 to wire-tap my cell phone (TT1). See Statewide Grievance complain # 13-0576, Zografidis v. Thomas.


30. Defendant **Attorney, Frank O'Reilly** _____ is a citizen of **Connecticut** _____

           (name of 29th defendant)                (State)

whose address is **41 Unquowa Pl., Fairfield CT 06824** _____

and who is employed as **Attorney, O'Reilly & Shaw Law Office** _____

           (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? _x_ Yes ___ No. If your answer is "Yes", briefly explain:

**Attorney Frank O'Reilly was my 2nd court appointed counselor in my federal criminal case (12-cr-117(WWE). From the very beginning O'Reilly never acted on any of the facts I provided him about my criminal case. He also misled me and lied to me about my immigration status by telling me that, "I would not be deported if I plead guilty because I lived in the U.S.A. for many years, all of my family members lived here also, and that I have a clean record, worked and paid taxes throughout my adult life". He also made a promise to me that he would take my case to trial, but instead during the set date the trial proceedings were to begin, he told me, "That's not what's on the table, and that I have to take this guilty plea agreement". O'Reilly betrayed the trust and the agreement we both had together to take my criminal case to trial, and due to his ill intentions assisting the government to fulfil their guilty pleas, I suffer till today consequences of being permanently deported, and the chance to have proven the governments misconduct and constitutional violations, and also my innocence in this false created conspiracy. See Statewide Grievance complain # 14-0779, Zografidis v. O'Reilly.**


31. Defendant **Attorney, Elliot Warren** _____ is a citizen of **Connecticut** _____

           (name of 30th defendant)               (State)

whose address is **830 Post Road E, Westport CT 06880** _____

and who is employed as **Attorney, Elliot R. Warren Attorney at Law** _____

           (title and place of employment)

**A. PARTIES**

At the time the claim(s) alleged in this complaint arose, was the defendant acting under color of law? __x_ Yes ___ No. If your answer is "Yes", briefly explain:

**Attorney Elliot R. Warren used my name in vain, and corruptively aided and abetted the government by coercing my co-defender Demetrios Papadakos to lie during his guilty plea, and to admit that I was buying narcotics from D. Papadakos during my criminal investigation, when Attorney Warren knew very well there was absolutely no truth to that allegation, no proof, or evidence, nor any police surveillance to show such a despicable and unrealistic accusation he made against me.**

32. Defendant **Attorney, Joseph Dimyan a.k.a. "CW-2"**_____ is a citizen of **Connecticut**_____
                         (name of 31ˢᵗ defendant)                                            (State)
whose address is **193 Main Street, Danbury CT 06810**_____
and who is employed as **Attorney, Law office of Joseph Dimyan**_____
                            (title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? __x_ Yes ___ No. If your answer is "Yes", briefly explain:

**Attorney Dimyan was personally involved in a conspiracy, and in the act to defraud my business lease agreement of 'Enigma Café Lounge' of 40 Van Zant Street, Norwalk CT in the year of 2010, taking a loss of $400,000.00 worth of investment. I decided to hire Attorney, Mark Grenier from Norwalk CT to investigate the fraud. On August 30, 2011 Dimyan confessed to Attorney Grenier in a meeting we had, claiming, "I messed up with the lease". Thereafter, or even months before that meeting, Atty. Dimyan decided to become a government witness (CW-2) by making false accusations against me in order to get protection and secure his criminal conduct with the U.S. Attorney's office. I filed an Attorney grievance against Dimyan with the Statewide Grievance Committee while I was held in prison, and in his response letter to the Grievance Committee, Dimyan mentioned AUSA, Vanessa Richards to be contacted. Attorney Dimyan with an ill-intent lied to the agents and to the U.S. Attorney's office that Demetrios Papadakos was supplying me with narcotics. That allegation holds no truth at all. Dimyan never met, or ever spoke with Mr. Papadakos, nor did he ever saw me and Mr. Papadakos together. See, Federal Civil Rights Complain case #: 14-cv-666(RNC), and case #: 14-cv-667(RNC); See, Statewide**

**A. PARTIES**

Grievance Complain No. 13-0152; See, Petitioners 2255 civil case #: 18-cv-1566(JAM), Exhibit's R-1, R-2, R-3, R-4, R-5, R-6, R-7, R-8, I-3, I-4, I-5, G-1, and many letters I addressed to the District Court of CT, Exhibits M-1 to M-21 describing Atty. Dimyan's illicit conduct, as documented in my Petition of 2255.


33. Defendant **Joseph M. Gega**                                      is a citizen of **Connecticut**

           (name of 32nd defendant)                                      (State)

whose address is **1010 Summer Street, suite 202, Stamford CT 06905**

and who is employed as **co-founder/president, Nationwide Capital LLC**

           (title and place of employment)

   At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**In the year of 2010 Joseph Gega (my ex-landlord of Enigma Café & Lounge) conspired with 'CW-2' a.k.a. Attorney, Joseph Dimyan, and Chris Papachristou to defraud my business lease agreement which they successfully accomplished by using corruptive, deceiving and unconstitutional methods.**


34. Defendant **Christos Papachristou**                                is a citizen of **Connecticut**

           (name of 33rd  defendant)                                      (State)

whose address is **39 Gregory Blvd., Norwalk CT 06855**

and who is employed as **N/A**

           (title and place of employment)

   At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_** Yes __ No. If your answer is "Yes", briefly explain:

**Christos Papachristou was the lessee of who I had a legal contract agreement for a 3-year installment plan to pay me off the $250,000.00 sale of Enigma Café & Lounge in 2010. Christos Papachristou, Attorney Joseph Dimyan, and my then landlord Joseph Gega, where all three of them have conspired together with an ill-intent, and succeeded, to defraud me of my business lease agreement.**


35. Defendant **Statewide Grievance Committee**                    is a citizen of **Connecticut**

           (name of 34th  defendant)                                      (State)

## A. PARTIES

whose address is <u>287 Main Street, East Hartford CT 06118</u>

and who is employed as <u>Attorney Grievance Committee of Connecticut</u>

(title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? _**x**_ Yes ____ No. If your answer is "Yes", briefly explain:

<u>Statewide Grievance Committee was influenced by the U.S. Attorney's office (AUSA, Vanessa</u>

<u>Richards), favoring the government's interests by being ignorant and negligent to conduct a thorough</u>

<u>investigation on behalf of the fraud on my business lease agreement, and also violated my due</u>

<u>process by being bias in my civil claim (13-0152) against Attorney Joseph Dimyan (CW-2).</u>

36. Defendant <u>Danbury Grievance Panel</u> is a citizen of <u>Connecticut</u>

(name of 35th defendant)                                     (State)

whose address is <u>P.O. Box 37, Guilford CT 06437</u>

and who is employed as <u>Danbury Judicial District Grievance Panel</u>

(title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? _**x**_ Yes ____ No. If your answer is "Yes", briefly explain:

<u>Danbury Grievance Committee was bias, and they made an irrational and premature decision without</u>

<u>investigating and conducting an evidentiary hearing to prove my true claims. The committee's final</u>

<u>decision was scandalous, claiming there was no probable cause. I foretold Grievance counsel, Gail</u>

<u>Kotowski over the phone while I was held in prison at NHCCC to contact Attorney, Grenier so he can</u>

<u>provide her with information and documents to validate my claim, but unfortunately the Panel</u>

<u>corruptively refused to act upon my request. I was deprived of a fair hearing and legal assistance</u>

<u>because I was held as a prisoner by the government at the time of my grievance claim, and was not</u>

<u>able to generate and provide all the required documents in order to prove my claim. Everything in the</u>

<u>Panel's April 23, 2013 letter of "Notice of Dismissal" was inaccurate and defective.</u>

**A. PARTIES**

37. Defendant **Ted Lee a.k.a. "CW-1"** _____ is a citizen of **Connecticut** _____

                  (name of 36th defendant)                        (State)

whose address is **N/A** _____

and who is employed as **N/A** _____

                  (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**Ted Lee, a.k.a "CW-1" fabricated a non-existent attempt to purchase an alleged one ounce of cocaine from me on November 04, 2011, as falsely claimed by TFO Cisero in his February 07 & 08, 2012 sworn affidavit, seeking the warrant to wire-tap my cell phone (TT1).**


38. Defendant **Chris Anderson** _____ is a citizen of **Connecticut** _____

                  (name of 37th defendant)                        (State)

whose address is **N/A** _____

and who is employed as **N/A** _____

                  (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? **_x_** Yes ___ No. If your answer is "Yes", briefly explain:

**Chris Anderson on November 04, 2011 assisted "CW-1" a.k.a. Ted Lee in a fabricated, non-existent alleged drug-buy from me, as TFO, Cisero falsely claimed in his February 07 & 08, 2012 sworn affidavit.**


39. Defendant **CI, David 'Booby' Solano** _____ is a citizen of **Connecticut** _____

                  (name of 38th defendant)                        (State)

whose address is **N/A** _____

and who is employed as **N/A** _____

                  (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

**A. PARTIES**

color of law? _x_ Yes ___ No. If your answer is "Yes", briefly explain:

**David 'Bobby' Solano committed perjury while under oath during the 'Fatico' hearing, against me.**
**Solano falsely claimed that our co-defendant, Demetrios Papadakos was personally selling drugs to**
**me during the time of my federal investigation (August 2011 until May 09, 2012), and that I was a**
**participant in D. Papadakos alleged affairs. Solano lied when he claimed that I was selling oxycodone**
**pills to him by purchasing them from co-defendant, Alfred Catino and D. Papadakos. Solano lied when**
**he claimed that I was purchasing 250g of cocaine in a weekly basis. Solano was seeking leniency, as he**
**claimed under oath from the government to avoid a 15-year mandatory sentence he was facing. Due**
**to his ill-faith false information that he provided when he testified against me, the district court of**
**Connecticut (Judge Meyers) imposed a 72-month prison sentence to me.**

40. Defendant **U.S. Attorney's office of Bridgeport CT** is a citizen of **Connecticut**

            (name of 39th defendant)                              (State)

whose address is **1000 Lafayette Blvd., Bridgeport CT 06604**

and who is employed as **Government office, Bridgeport CT**

                           (title and place of employment)

    At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? _x_ Yes ___ No. If your answer is "Yes", briefly explain:

**U.S. Attorney's office of Bridgeport CT (government) administered a corrupt and reckless office by**
**using illegal and unconstitutional methods with the purpose to surveil me, arrest me, search me and**
**my residence, indict me, and finally sentence me to prison under fabricated evidence, coerced**
**confessions, perjured testimonies, and with ill-faithed false and misleading information to the court.**

41. Defendant **Norwalk Police Department** is a citizen of **Connecticut**

            (name of 40th defendant)                              (State)

whose address is **1 Monroe Street, Norwalk CT 06854**

and who is employed as **City of Norwalk Police Department**

                           (title and place of employment)

## A. PARTIES

At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? _x_ Yes ___ No. If your answer is "YES", briefly explain:

**Norwalk Police Department planned, carried out and executed a corrupt investigation against me by using unconstitutional methods to surveil me, arrest and search me under ill-faithed false given information and fabricated evidence. The NPD were also the reason who drove away my costumers from Enigma Café & Lounge by constantly showing their presence around the establishment, occasionally raiding by bar/lounge, and clients were complaining they were getting pulled over and being harassed by them while they were leaving my establishment, and were afraid to come back again, that ended up to reducing my business profits to almost nothingness, pressuring me to sell my business lease agreement to Christos Papachristou.**

42. Defendant **Westport Police Department** is a citizen of **Connecticut**

(name of 41st defendant)                                        (State)

whose address is **50 Jesup Road, Westport CT 06880**

and who is employed as **City of Westport Police Department**

(title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under color of law? _x_ Yes ___ No. If your answer is "Yes", briefly explain:

**Westport Police Department held me in their holding cell from midafternoon to overnight on May 09, 2012 after I got arrested, until the agents transferred me to the U.S. District court the next morning. WPD left their bright lights to be ON all night long, and placed me in a metal bed bunk without a cushion to sleep on, or a cover to keep my body warm on that cold night. They refused to have me speak with my Attorney, Mike Corsello after many, many times I insisted. I remember banging on the door so desperately asking them to please allow me to make a phone call to my attorney, and they were telling me to, "shut up, in there".**

43. Defendant **High Intensity Narcotics Task Force of Bridgeport RO-DEA** is a citizen of **Connecticut**

(name of 42nd defendant)                                        (State)

## A. PARTIES

whose address is **1000 Lafayette Cir., Bridgeport CT 06604** _____

and who is employed as **DEA-Bridgeport Resident Office** _____

(title and place of employment)

At the time the claim(s) alleged in this complain arose, was the defendant acting under

color of law? _**x**_ Yes __ No. If your answer is "Yes", briefly explain:

**Task Force of Bridgeport RO-DEA was assisting the Norwalk Police Department to create and**

**manufacture four (4) non-existent, and total fabricated drug buys against myself and "CW-3" a.k.a.**

**Demetrios Karipidis on October 27, 2011; November 03, 2011; January 03, 2012; January 26, 2012, as**

**claimed in TFO, Cisero's February 07 & 08, 2012 sworn affidavit. They also provided 'non-consensual'**

**and unwarranted recorded conversations between myself and Mr. Karipidis to the U.S. District court,**

**used as evidence against me. A clear 4th Amendment violation. Technically speaking, the government**

**agents who were investigating me from August 01, 2011 until February 09, 2012, as the government**

**claimed in TFO Cisero's sworn affidavit, they were unlawfully eavesdropping into my cell phone (TT1)**

**many months prior to the warrant issued on February 07 & 08, 2012, breaking the law, by spying on**

**their citizens, and the U.S. Attorney's office of Bridgeport CT (AUSA, Vanessa Richards & others) who**

**prosecuted me and 15 other individuals in criminal case #: 12-cr-117(WWE) were fully aware of such**

**criminal act, and decided to cover-up such an illicit act by hiding all evidence leading to that action.**

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

_____ 42 U.S.D. section 1983 (applies to state defendants)

_____**x**_____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of**

         **Narcotics,** 403, U.S. 388 (1971) and 28 U.S.C. section 1331 (applies to

         Federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. section 1343(a)(3). (if you wish to assert jurisdiction under different or additional statues, you may list them below.)

N/A
_____

## C. NATURE OF CASE

**Briefly** state the background of your case.

**Plaintiff acting as pro se, claims that he was corruptively investigated, arrested, indicted and finally sentenced to prison under a false conspiracy theory, in an involvement with Demetrios Papadakos, created and manufactured by crooked government agents and by discredited CW's. The government misinformed the court with an ill-intent by fabricating the evidence, especially the four alleged drug buys/sales against myself and 'CW-3' that were meritless and falsified. The government agents also provided intercepted and recorded conversations, as claimed in their sworn affidavit(s), used as evidence against me, that were warrantless and 'non-consensual' in order to seek the warrant from the court to grant them the rights to wire-tap my cell phone, TT1. The government also produced witnesses to falsely testify against me in court during cross-examination, while under oath.**

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:    The Plaintiff's  4ᵗʰ, 5ᵗʰ, 6ᵗʰ and 14ᵗʰ Constitutional Amendment Rights, privileges and immunities were violated.**

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Everything needed to validate and justify my multiple claim(s) against all defendants shown above are to be found under "new found" evidence, clearly described in Plaintiff's Petition of 2255 in the U.S. District court of CT., case # 18-cv-1566(JAM), and in the 2ⁿᵈ Circuit court of Appeals, en banc, case # 21-1681. Also, in the 2ⁿᵈ Circuit court of Appeals case # 16-0325-cr(L). Also, in the U.S. Supreme court case # 21-7395. See also Docket #'s, 1242-1, 1363, and 1412 in the U.S. District court case # 12-cr-117(JAM).**

**E. REQUEST FOR RELIEF**

I request the following for relief:

   I, Konstantinos Zografidis am seeking damages from every individual person (defendant), including the Statewide Grievance Committee, Danbury Grievance Panel and Westport Police Department, the amount of $10,000,000.00, each. I'm also seeking damages from the U.S. Attorney's office of Bridgeport CT (government), the Norwalk Police Department of CT, and the DEA-Bridgeport Resident Office of CT, the amount of $770,000,000.00, each. See Exhibit W-1 in Plaintiff's Petition of 2255 in order to justify my relief. I am not here to plea, negotiate, surrender or compromise under any terms or conditions than what I'm seeking here. Everybody was foretold ahead of time and they were warned of the consequences. They decided to not listen. They thought they were above the law!!!

**F. JUDY DEMAND**

Do you wish to have a jury trial?  Yes __x__         No _____

_____**N/A**_____          _____

Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____          **Konstantinos Zografidis,** pro se_____

Printed Name          Printed Name

_____          __**39 Seaview Avenue, Unit 1**_____

_____          __**Norwalk, CT 06855**_____

(___)_____          __**(203) 434-3924**_____

Attorney's full address and telephone          Plaintiff's full address and telephone

_____          __**kzografidis@aol.com**_____

Email address if available          Email address if available

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complain and that the information contained in the complain is true and correct. 28 U.S.C. section 1746; 18 U.S.C. section 1621

Executed at _____*Norwalk, CT*_____ on ___*April 25, 2022*___

            (location)                     (date)

                                                 **Plaintiff's Original Signature**

Subscribed and sworn to before me this 25th day of APRil 2022. 402 Connecticut Ave. Norwalk. CT 06854

GITA PATEL BECHAR
NOTARY PUBLIC
STATE OF CONNECTICUT
MY COMM. EXP. 04-30-2023