# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**KONSTANTINOS ZOGRAFIDIS,**

V.    **SUMMONS IN A CIVIL CASE**

**VANESSA RICHARDS, ET AL.,**

CASE NUMBER: **3:22–CV–00631–AVC**

TO: **Chris Anderson, Terrence Blake, Dominick Cisero, Danbury Grievance Panel, Anthony DePanfilis, Joseph Dimyan, Dinnan, Edwards, Joseph Gega, Rodney George, High Intensity Narcotics Task Force, Kaczynski, Ted Lee, Lofton, Martinez, Matera, McHugh, Norwalk Police Dept., Frank O'Reilly, Christos Papachristou, Perez, Roscoe, Sixto, David Solano, Statewide Grievance Committee, Mark Suda, Paul Thomas, U.S. Attorney';s Office, Walsh, Elliot R. Warren, Westport Police Dept.**

Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Konstantinos Zografidis
39 Seaview Avenue
Unit 1
Norwalk, CT 06855**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – D Mendez
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2022–09–21 15:19:00**, Clerk USDC CTD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

  This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

  My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

  I declare under penalty of perjury that this information is true.

Date: _____

                        _____
                             Servers signature

                        _____
                             Printed name and title

                        _____
                             Servers address

  Additional information regarding attempted service, etc: