OCT 11 2022 PM 1:57
FILED-USDC-CT-HARTFORD

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

**Konstantinos Zografidis**

    Plaintiff,

v.                                                           Case No. 3:22-cv-00631(VAB)

**Vanessa Richards, et al**

    Defendants.                                    October 05, 2022

**"Motion to request from the court to order the issue of summons & the Civil Rights Complaint to; Chris Anderson; Ted Lee a.k.a. 'CW-1'; David 'Bobby' Solano & Christos Papachristou".**

**Dear Honorable Judge Victor A. Bolden:**

Judge Bolden, on September 27, 2022, I send a letter to the clerk of the court a "Notice of proof the issue of summons & civil rights complain was served". Inside that letter I've explained as to why I could not serve four (4) of the defendants in my Civil Rights Complaint. I've tried intensely to find the addresses of the above mention individuals, but unfortunately without any success.

I'm kindly seeking assistance from this court, since I'm acting as pro se, so far, to use the power and authority that's bestowed upon you and to find the mailing addresses of those four (4) individuals, and to serve them the issue of summons and the Civil Rights Complain. They have the right to defend themselves against the accusations I've made and claimed against them. Thank you

Sincerely

Konstantinos Zografidis